UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

In Re:                                                                    ORDER OF DISMISSAL
                                                                                       FOR
**Aaron Fischman**                                              FAILURE TO PROSECUTE
                                                                           BANKRUPTCY APPEAL


-----------------------------------------------------X         24-CV-02313 PMH

FROM:   VITO GENNA, CLERK
              UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF NEW YORK

TO:       RUBY J. KRAJICK, CLERK
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK

IN RE: Aaron Fischman                                         BANKRUPTCY CASE: **23-B-35660 (CGM)**
DATE OF FILING NOTICE OF APPEAL: 12/13/2021
BANKRUPTCY DOCUMENT #: 63

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

  _X_   FRBP 8009
  ___   Federal Rules of Civil Procedure (Rule _____)
  ___   28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
  ___   Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **March 28, 2024**                                                        Vito Genna, Clerk
             White Plains, New York                                           U.S. Bankruptcy Court, SDNY

                                                                              By:        Gwen Kinchen
                                                                                           Deputy Clerk

                                                    *ORDER*

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated ____March 28,____ 2024                          _____/s/_____
         White Plains, New York                                   Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                  Ruby J. Krajick , Clerk
                                                                                       District Court, SDNY

                                                                              By: _____
                                                                                         Deputy Clerk